# United States Court of Appeals for the Federal Circuit

04-1445

NETWORK COMMERCE, INC.
and CRS, LLC,

Plaintiffs-Appellants,

v.

MICROSOFT CORPORATION,

Defendant-Appellee.

## Judgment

**ON APPEAL from the**  United States District Court for the Western District of Washington

**in CASE NO(S).**  2:01-CV-01991

*This CAUSE having been heard and considered, it is*

**ORDERED and ADJUDGED:**

<u>AFFIRMED.</u>

*ENTERED BY ORDER OF THE COURT*

01-CV-01991-MAN

DATED  SEP - 8 2005

Jan Horbaly, Clerk

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

**ISSUED AS A MANDATE:** SEP 29 2005